**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                              Case No. 05-cr-155-01-PB

<u>Omoruyi Abgonlahor</u>

**O R D E R**

The defendant, through counsel, has moved to continue the
August 15, 2006 trial in the above case, citing the need for
additional time to negotiate a plea agreement.  The government
does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties
additional time to properly prepare for trial, the court will
continue the trial from August 15, 2006 to October 3, 2006.  In
agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on September 25, 2006 at 4:30 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 21, 2006

cc:  Jonathan Saxe, Esq.
     Alfred Rubega, AUSA
     United States Probation
     United States Marshal