```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                          Criminal No. 05-155-01-B

**Omoruyi Agbonlahor**


**O R D E R**

The defendant has moved to continue the October 3, 2006 trial in the above case. Defendant cites the need for additional time to finalize a negotiated disposition of this matter. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize a negotiated disposition of this matter, the court will continue the trial from October 3, 2006 to November 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued until October 18, 2006 at 2:30 pm for the purpose of a plea hearing.

SO ORDERED.

                                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                Chief Judge

September 26, 2006

cc: Jonathan Saxe, Esq.
    Alfred Rubega, Esq.
    United States Probation
    United States Marshal